```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1-02-010 |
| | : | |
| | : | (JUDGE DLOTT) |
| v. | : | |
| | : | **<u>UNITED STATES' RESPONSE IN</u>** |
| | : | **<u>OPPOSITION TO DEFENDANT'S</u>** |
| | : | **<u>MOTION FOR REDUCTION OF</u>** |
| GERALD HENDRIX | : | **<u>SENTENCE</u>** |

- - - - - - - - - - - - - - -

In Defendant Gerald Hendrix's Motion, he requests that this Court give retroactive effect to 18 U.S.C. § 3582 and thereby reduce his current sentence from 120 to 100 months. For the reasons set forth below, this Court must deny the defendant's motion.

**MEMORANDUM**

Pursuant to 18 U.S.C. § 3582, a court may reduce a defendant's imprisonment sentence only in a narrow line of cases. Those cases include matters in which the Sentencing Commission amends the guidelines and the Commission makes the amendment retroactive. <u>See</u> 18 U.S.C. § 3582(c)(2); <u>see also</u> <u>United States v. Dullen</u>, 15 F.3d 68, 69-70 (6th Cir. 1994). We acknowledge United States Sentencing Guideline Appendix C Amendment 706 in which the Sentencing Commission amended the Sentencing Guidelines to reduce offense levels pertaining to cases involving cocaine base ("crack"). <u>See</u> U.S.S.G. App. C, Amendment 706 (effective

November 1, 2007). However, the Sentencing Commission did not include that Amendment in the list of retroactive amendments in United States Sentencing Guidelines § 1B1.10(d). See U.S.S.G. App. C, Amendment 710 (effective November 1, 2007).

Although the Sentencing Commission is considering the retroactivity of Amendment 706, a decision has not yet been made. Accordingly, Hendrix's claim that his sentence must be reduced pursuant to § 3582 must fail at this time.

## CONCLUSION

Accordingly, for the reasons stated above, we respectfully request this Court to deny the defendant's motion to reduce his sentence.

                Respectfully submitted,

                GREGORY G. LOCKHART
                United States Attorney

                s/Kenneth L. Parker
                KENNETH L. PARKER (0068805)
                Assistant United States Attorney
                221 East Fourth Street
                Suite 400
                Cincinnati, Ohio  45202
                (513) 684-3711
                Fax:  (513) 684-2047
                Kenneth.Parker@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served this 21st day of November, 2007, by regular U.S. Mail on Gerald Hendrix, Inmate No. 03511-061, P.O. Box 10, Lisbon, Ohio 44432.

                                            s/Kenneth L. Parker
                                            KENNETH L. PARKER (0068805)
                                            Assistant United States Attorney