UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. CR-1-02-010 |
| v. | : | **NOTICE OF APPEARANCE** |
| GERALD HENDRIX | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio  45202
(513) 684-3711
Fax:  (513) 684-6710
William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 21st day of March, 2008, by regular U.S. Mail on Gerald Hendrix, #03511-061, P.O. Box 10, Lisbon, OH 44432; and Steven S. Nolder, Federal Public Defender, One Columbus, 10 West Broad Street, Suite 1020, Columbus, OH 43215.

s/William E. Hunt
WILLIAM E. HUNT (0024951)
First Assistant U.S. Attorney