UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Granted
Susan J. Dlott
4/3/08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-02-010 |
| | : | |
| | : | **JOINT MOTION FOR STAY IN** |
| v. | : | **RULING ON A PRO SE MOTION** |
| | : | **FOR REDUCTION OF SENTENCE** |
| | : | |
| GERALD HENDRIX | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - -

The above named defendant has filed a *pro se* motion for
reduction of sentence pursuant to 18 U.S.C. § 3582(c).  The
government and the Federal Public Defender file this joint motion
seeking a stay to allow time for both parties in conjunction with
the Probation Department to review this defendant's case prior
the Court ruling on the merits of the defendant's motion.

As noted in the Court's General Order No. 08-03 filed
February 22, 2008, the United States Attorney's office, the
Federal Public Defender, and the Probation Department have been
conducting a review of potentially eligible defendants who may
seek to have their sentences reduced under the retroactivity
provision of 18 U.S.C. § 3582(c).  To date, over 175 such cases
have been reviewed with priority given to those whose prospective
release may be imminent.

This defendant's case has not yet been reviewed.  Upon
review, the parties will be better able to inform the Court
regarding both the defendant's eligibility for a reduction, and