AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of OHIO

| | |
|---|---|
| United States of America<br>v.<br>GERALD HENDRIX,<br><br>Date of Previous Judgment: 12/16/03<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No: 1:02cr10<br>) USM No: 03511-061<br>) Clyde Bennett<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

   x  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____       Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

   Please see attached page

Except as provided above, all provisions of the judgment dated   12/16/03   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   August 20, 2008

*Susan J. Dlott*
Judge's signature

Effective Date: _____
(if different from order date)

Susan J. Dlott, United States District Judge
Printed name and title

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:02cr10 |
| | : | Judge Susan J. Dlott |
| V. | : | |
| GERALD HENDRIX, | : | |

Continuation of AO 247

III Additional Comments

The defendant is not eligible for consideration for a reduction in sentencing because he was a career offender, which results in an increased penalty based on his prior criminal record, pursuant to USSG § 4B1.1, and is independent of the calculation of the quantity of crack cocaine in the Drug Quantity Table. As a result, the amount of crack cocaine did not determine the length of the sentence in this case.